# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00354-CV

**Hyperion Holdings, Inc., 1987 Community Development Corporation
and Continental Realty, Inc., Appellants**

**v.**

**The Texas Department of Housing & Community Affairs and Edwina Carrington,
in her official capacity as Executive Director, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-05-001092, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Hyperion Holdings, Inc., 1987 Community Development Corporation and Continental Realty, Inc. have filed a motion to dismiss this appeal. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellants' Motion

Filed:   September 6, 2006